**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**DARREL KIETH HIGGINBOTHAM**

        Defendant.

Case No.: 2:19-CR-214-KJM

(formerly Magistrate Case No. 2:19-MJ-214-DB)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Darrel Kieth Higginbotham |
| Detained at | Deuel Vocational Institution |

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: a violation of 18 U.S.C. § 922(g)(1).
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ *James R. Conolly* |
| Printed Name & Phone No: | James R. Conolly, AUSA. Tel: 916.554.2705 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as ANY FEDERAL AGENT for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| Dated: 2/18/2020 | /s/ Carolyn K. Delaney |
| | Honorable Carolyn K. Delaney |
| | U.S. MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) | | ☒ Male | ☐ Female |
| Booking or CDC #: | BJ1953 | DOB: | 1966-12-05 |
| Facility Address: | 23500 Kasson Road, Tracy, CA 95304 | Race: | |
| Facility Phone: | (209) 835-4141 | FBI#: | 567495EA1 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____      _____
                                                                      (signature)