HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Requesting Appointment for
DARREL HIGGINGBOTHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>      vs.<br><br>DARREL HIGGINGBOTHAM,<br><br>   Defendants. | Case No. 2:19-CR-00214-KJM<br><br>**REQUEST TO APPOINT COUNSEL FOR DARREL HIGGINGBOTHAM; ORDER (proposed)**<br><br>Judge:  Hon. Allison Claire |

　　　Darrel Higgingbotham respectfully asks that the Court appoint the Office of the Federal Defender to represent him in regard to an Indictment for Title 18 U.S.C. 922G.F of felon in possession of a firearm.  Mr. Higginbotham recently contacted the Federal Defender for assistance.

/////

/////

-1-

Mr. Higginbotham has completed a financial affidavit showing that he qualifies for appointed counsel. The Federal Defender's Office respectfully requests appointment to represent him.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: July 14, 2020        /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender

**O R D E R**

IT IS HEREBY ORDERED that the Federal Defender is appointed to represent Mr. Higginbotham pursuant to 18 U.S.C. § 3006A.

DATED: July 14, 2020        _____
                            ALLISON CLAIRE
                            UNITED STATES MAGISTRATE JUDGE

-2-