IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:19-cr-00214-KJM |
| Plaintiff, | ) ) ) | **O R D E R APPOINTING CJA COUNSEL AFTER FEDERAL DEFENDER IS WITHDRAWN** |
| vs. | ) ) | |
| DARREL KIETH HIGGINBOTHAM, | ) ) | |
| Defendant. | ) ) | |

Upon the defendant's motion and consent, and good cause appearing,

IT IS ORDERED relieving the Federal Defender as counsel, and appointing Kresta Daly as CJA counsel effective October 27, 2021.

Dated:  November 4, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Order Appointing Counsel After
Previous Counsel Withdrawn                1