PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARREL KIETH HIGGINBOTHAM,<br><br>Defendant. | CASE NO. 2:19-CR-214-KJM<br><br>STIPULATION TO CONTINUE HEARING FOR DEFENDANT'S BAIL REVIEW MOTION; [PROPOSED] ORDER<br><br>DATE: January 7, 2022<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah L. Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Darrel Kieth Higginbotham, by and through his counsel of record, Kresta Daly, Esq. hereby stipulate as follows:

1. This matter was set for a hearing for the defendant's bail review motion, to be heard on January 7, 2022, at 2 p.m.

2. By this stipulation, defendant now moves to continue the hearing until January 18, 2022, at 2 p.m., to be heard before the Magistrate Judge on duty.

3. The parties agree and stipulate, and request that the Court find the following:

   a) On December 24, 2022, the defendant filed a Motion for Bail Review, which he superseded with an Amended Motion for Bail Review, on December 31, 2022. ECF Nos. 27 & 28. He requested that the Court hear the motion on January 7, 2022, and the Court calendared

the matter for hearing on that day.

      b)    The government understands from defense counsel that she is working with Pretrial Services to schedule an interview with Mr. Higginbotham in anticipation of the bail review hearing, but the involved parties been unable to complete that interview at the time of writing. As a result, defense counsel desires additional time to complete that interview.

      c)    The government has no objection to continuing the bail review hearing to January 18, 2022.

IT IS SO STIPULATED.

Dated: January 7, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: January 7, 2022

/s/ KRESTA N. DALY
KRESTA N. DALY
Counsel for Defendant
DARREL KIETH HIGGINBOTHAM

### [PROPOSED] ORDER

IT IS SO FOUND AND ORDERED this 7th day of January, 2022.

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE