UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Darrel Kieth Higginbotham,<br><br>　　　　　Defendant. | No. 2:19-cr-00214-KJM-1<br><br>ORDER |

Defendant Darrel Kieth Higginbotham was sentenced to a total term of 120 months with credit for time already served in federal custody. *See* Sent'g Mins., ECF No. 93; J. and Commitment at 2, ECF No. 95. Defendant appealed his sentence. Appeal Notice, ECF No. 96. A few days later, defendant filed a motion before the undersigned to appoint counsel to assist with his appeal. Mot., ECF No. 99. However, any motion for appointment of counsel at the appellate level should be filed with the Ninth Circuit. *Cf. Nat. Res. Def. Council, Inc. v. Sw. Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001) ("Once a notice of appeal is filed, the district court is divested of jurisdiction over the matters being appealed."). Accordingly, defendant's motion for this court to appoint appellate counsel is **denied**.

This order resolves ECF No. 99.

IT IS SO ORDERED.

DATED: July 26, 2024.

CHIEF UNITED STATES DISTRICT JUDGE