IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**DARREL KIETH HIGGINBOTHAM,**<br><br>**Defendant.** | CASE NO.:  2:19-cr-00214 KJM<br><br>**ORDER GRANTING THE PRODUCTION AND RELEASE OF SEALED TRANSCRIPTS TO DEFENSE COUNSEL** |

GOOD CAUSE APPEARING, Petitioner Darrel Kieth Higginbotham's request to have sealed transcripts prepared for the January 22, 2024 status conference is GRANTED. The court reporter is ordered to release the transcripts to Fay Arfa.

Dated: November 19, 2024.

_____
UNITED STATES DISTRICT JUDGE